## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: 3/1/24 @ 8:26 PM
2. Dates and times tracking device maintained: N/A
3. Date and time tracking device removed: 4/17/24 @ 8:13 PM
4. The tracking device was used from (date and time): 3/1/24 @ 8:26 PM

   to (date and time): 4/15/24 @ 12:30 PM.

## Return of Tracking Warrant Without Installation

1. Date warrant executed:
2. The tracking information was obtained from (date and time):

   to (date and time):

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: 4/22/24

*Executing officer's signature*

GEORGE T. CAYER F.B.I./TFO.
*Printed name and title*